Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Stephen M. Golden §
 §
versus § CIVIL ACTION NO. _____
 §
James F. Golden §
Kristina M. Golden §
Jennifer Grossi §

ORIGINAL COMPLAINT

Over 3 years long False reporting, libel, slander, and defamation campaign to steal money and make me a blame target/distraction without credibility. Looking to recover stolen inheritances value + court costs with Grossi for family court issue, ruled Libel by Judge Melissa T Pavlack on 3/18/2020 in Lehigh County, PA.

Stephen Golden
6605 Robin Lane
Corpus Christi TX
78413