United States District Court
Southern District of Texas
**ENTERED**
October 14, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| STEPHEN M. GOLDEN, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00153 |
| JAMES F. GOLDEN, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Jason Libby's Memorandum and Recommendation ("M&R"). (D.E. 7). The M&R recommends that the Court dismiss Plaintiff's complaint, (D.E. 1), under Federal Rule of Civil Procedure 41(b) for failure to prosecute and/or failure to comply with Court orders. (D.E. 7, p. 2).

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Badaiki v. Schlumberger Holdings Corp.*, 512 F. Supp. 3d 741, 743–44 (S.D. Tex. 2021) (Eskridge, J.).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E.

7). Accordingly, the Court orders that Plaintiff's claims be **DISMISSED with prejudice**. (D.E. 1). A final judgment will be entered separately.

    SO ORDERED.

                                              DAVID S. MORALES
                                              UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
       October 14th, 2022